**[J-126-2016]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


| COMMONWEALTH OF PENNSYLVANIA, | : | 41 MAP 2016 |
|---|---|---|
| | : | |
| Appellee | : | Appeal from the Superior Court dated |
| | : | 7/17/15 at No. 1693 MDA 2014 affirming |
| | : | the order of the Dauphin County Court of |
| v. | : | Common Pleas dated 10/1/14 at No. CP- |
| | : | 22-CR-0003601-2014 |
| | : | |
| DAVID EDWARD RICKER, | : | |
| | : | ARGUED:  December 6, 2016 |
| Appellant | : | |


## ORDER


**PER CURIAM**                                              **DECIDED:  September 28, 2017**

**AND NOW,** this 28th day of September, 2017, this appeal is dismissed as having been improvidently granted.


Chief Justice Saylor files a concurring statement.

Justice Wecht files a dissenting statement.

Justice Donohue did not participate in the consideration or decision of this case.